IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02032-WYD-PAC

JULIA AMBROSE,

      Plaintiff,

v.

SHEZE, INC., d.b.a INTERNATIONAL HOUSE OF PANCAKES, INC., 3100 S. Sheridan, Denver, CO;
1832 INCORPORATED, d/b/a INTERNATIONAL HOUSE OF PANCAKES,
1840 INCORPORATED, d/b/a INTERNATIONAL HOUSE OF PANCAKES, INC.; and
ALY HUSSEIN EZZEDINE, in his individual capacity,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice filed June 1, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal with Prejudice is **APPROVED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

Dated:  June 2, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge